### HUTCHINSON v. HUTCHINSON ET AL.

APPEAL: LESS THAN $100: NO CERTIFICATE: DISMISSED.

*Appeal from Bremer District Court—HON. J. B. CLELAND, Judge.*

TUESDAY, OCTOBER 25, 1887.

THE plaintiff brought this action claiming a landlord's lien against certain chattel property belonging to the defendants. The defendants made default, and the lien was established. William Britt intervened in the action, and claimed that he had a chattel mortgage upon the property. Issue was taken by the plaintiff by answering the petition of intervention, and the cause was continued to the next term of the court as to the controversy be-

tween the plaintiff and the intervenor. At the next term the plaintiff filed a motion to dismiss the petition of intervention because it was not tried at the previous term. The motion was overruled and a trial was had, and it was found that the claim of the intervenor was superior to the claim of the plaintiff. Plaintiff appeals.

*A. F. Brown*, for appellant.

*E. L. Smalley*, for appellees.

ROTHROCK, J.—The amount claimed by plaintiff in his petition is $87.50. Counsel for intervenor makes the question that the appeal cannot be entertained because the amount in controversy does not exceed $100, and no question of law is certified to this court by the trial judge as required by law. The point appears to be well taken, and the appeal must be

DISMISSED.